U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG - 4 2014

TONY R. M[...] CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOSHUA R. DONAVAN                DOCKET NO. 14-CV-942; SEC. P

VERSUS                           JUDGE STAGG

WARDEN                           MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's §2241 petition be construed as a first motion to vacate pursuant to §2255, and **TRANSFERRED** to the United States District Court for the Central District of Illinois.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 4th day of August, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA